

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00360-CV

GEORGE M. BISHOP, DOUG BULCAO, SENATOR JOHN WHITMIRE, PAULA BARNETT, MARSHA W. ZUMMO, JUAN CARLOS LOPEZ DE GARCIA, SARA ENGLISH, ANTONIO LOPEZ DE GARCIA, PETER EISCHEN, MARK CEGIELSKI, MARILYN SANDERS, TOM HOLY, ROBERT STARK, D.O., BETH STARK, MAUREEN HOLY, JACK EDWARDS, AND JULIE EDWARDS, Appellants

V.

CHAPPELL HILL SERVICE COMPANY, LLC AND HIGH MEADOWS LAND & CATTLE, LLC, Appellees

Appeal from the 21st District Court of Washington County.  (Tr. Ct. No. 35476).

**TO THE 21ST DISTRICT COURT OF WASHINGTON COUNTY, GREETINGS:**

Before this Court, on the 30th day of July 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on February 18, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellants, George M. Bishop, Doug Bulcao, Senator John Whitmire, Paula Barnett,

Marsha W. Zummo, Juan Carlos Lopez de Garcia, Sara English, Antonio Lopez de Garcia, Peter Eischen, Mark Cegielski, Marilyn Sanders, Tom Holy, Robert Stark, D.O., Beth Stark, Maureen Holy, Jack Edwards, and Julie Edwards, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 30, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 16, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

